

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

2018 DEC 12  PM 12: 57

CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES OF AMERICA          :

          VS.                              :          CR118-091

Michelle Arlethia Davis                  :

## AFFIDAVIT

NOW COMES the above-stated defendant, and gives this affidavit stating that the address set forth in the above referenced case will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that she/he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the address stated on the appearance bond, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that she/he moves without notifying the Clerk's office by an acceptable writing of a new address.

This _12_ day of _Dec_, 2018.

_____
Defendant

2914 Auclubon Pl
Address

Augusta GA 30906
City, State, Zip Code

706 765 3162
Home Phone Number

Sworn to and subscribed before me
this 12 day of December, 2018.

_____
Courtnay Capps, Courtroom Deputy
Brian K. Epps, United States Magistrate Judge

_____
Work Phone Number